IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TERRI SHORT,**

    **Petitioner,**

vs.                                                       **5:04-CV-293-SPM**

**BUREAU OF PRISONS,**

    **Respondent.**

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 8) filed March 30, 2005. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections were filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 8) is adopted and incorporated by reference in this order.

2.   This case is *dismissed* without prejudice for failure to exhaust administrative remedies.

**DONE AND ORDERED** this <u>fourth</u> day of May, 2005.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao